| MARK J. SMITH | * | NO. 2019-CA-0502 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| COMMERCIAL FLOORING GULF COAST, L.L.C. D/B/A PRIORITY FLOORS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**BELSOME, J., CONCURS IN THE RESULT.**